UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 25-14264-CIV-CANNON

**WALTON INTERNATIONAL
GROUP (USA), INC.** and
**WALTON ACQUISITIONS FL, LLC,**

    Plaintiffs,
v.

**SLCG ECONOMIC
CONSULTING, LLC,** *et al.*,

    Defendants.
_____/

## ORDER DISMISSING COMPLAINT AND PERMITTING REPLEADING

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On July 23, 2025, Plaintiffs filed the instant action purporting to bring claims against an SLCG Economic Consulting, LLC, two named employees of that LLC, and "Does 1 through 20" [ECF No. 1]. For the reasons stated below, Plaintiffs' Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**, with leave to amend on or before **August 15, 2025**.

\*\*\*

"As a general matter, fictitious-party pleading is not permitted in federal court." *Richardson v. Johnson*, 598 F.3d 734, 738 (11th Cir. 2010). There is a limited exception to this rule "when the plaintiff's description of the defendant is so specific as to be 'at the very worst, surplusage.'" *Id.* (quoting *Dean v. Barber*, 951 F.2d 1210, 1215–16 (11th Cir. 1992)). Plaintiffs' Complaint does not meet the limited exception to the rule against fictitious party pleading. The Complaint merely states that "Does 1 through 20" are each "legally responsible in some manner for the occurrences alleged" [ECF No. 1 ¶ 9]. The Complaint does not provide any other

information about their description or identify "Does 1 through 20" in any other way [ECF No. 1]. Nor does Plaintiffs' assurance that they will amend their complaint at some undetermined future date authorize deviation from the rule against fictitious-party pleading [ECF No. 1 ¶ 9].

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff may file an amended pleading that is consistent with this Order on or before **August 11**, **2025**.[1]

3. Failure to comply with this Order may result in dismissal of the case without prejudice and without further notice.

**ORDERED** in Chambers at Fort Pierce, Florida, this 29th day of July 2025.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record

---

[1] Upon proper motion, and consistent with any future scheduling order entered in this case and with the dictates of Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs may seek leave to amend to add individual named defendants.