UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 25-14264-CIV-CANNON

**WALTON INTERNATIONAL GROUP (USA), INC**, and
**WALTON ACQUISITIONS FL, LLC,**

    Plaintiffs,

v.

**SLCG ECONOMIC CONSULTING, LLC, CRAIG MCCANN,** and **REGINA MENG,**

    Defendants.
_____/

### ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the Joint Stipulation of Dismissal with Prejudice, filed on November 4, 2025 [ECF No. 27]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE**, effective November 4, 2025, the date on which the parties filed their Stipulation of Dismissal [ECF No. 27]. The Clerk of Court is directed to **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of November 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record